**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: July 06, 2011**

_____

BK1105236
SAB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 11-11524 |
| Mary Chonita Whipple | Chapter 7<br>Judge Hopkins |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #12) FOR PROPERTY LOCATED AT (888 GRETNA LANE CINCINNATI, OH 45240)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by Ohio Housing Finance Agency by and through its servicer, U.S. Bank, N.A. on June 8, 2011 as document number 12. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 888 Gretna Lane Cincinnati, OH 45240.

**IT IS THEREFORE ORDERED:**

1.  The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
Bar Registration No.0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

IRS - Creditor
PO Box 21126
Philadelphia, PA 19114
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

US Bank Home Mortgage - Creditor
4801 Frederica Street
Owensboro, KY 42301
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###